```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 29150
   JOSE M NAVA SR
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-0806


-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/06/04 and confirmed on 10/12/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  28800.00 .

   4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                              PAID             PAID
-----------------------------------------------------------------------------
WELLS FARGO HOME MTGE    CURRENT MORTG           .00             .00                 .00
CHASE HOME EQUITY        SECURED                 .00             .00                 .00
FIFTH THIRD BANK         SECURED VEHIC     16000.00         1830.96            16000.00
RESURGENT CAPITAL SERVIC UNSECURED           231.91             .00               32.32
ECAST SETTLEMENT CORPORA UNSECURED          9712.13             .00             1353.57
RESURGENT CAPITAL SERVIC UNSECURED          1475.54             .00              205.64
COLLECTION CORP OF AMERI UNSECURED         NOT FILED            .00                 .00
ECAST SETTLEMENT CORPORA UNSECURED          6459.05             .00              900.19
SEARS FAMILY DENTAL CENT UNSECURED         NOT FILED            .00                 .00
ECAST SETTLEMENT CORPORA UNSECURED         10852.92             .00             1512.56
HOME DEPOT CREDIT SERVIC UNSECURED         NOT FILED            .00                 .00
JC PENNEY                UNSECURED         NOT FILED            .00                 .00
ECAST SETTLEMENT CORPORA UNSECURED          5517.17             .00              768.92
GE MONEY BANK            UNSECURED         NOT FILED            .00                 .00
ECAST SETTLEMENT CORP    UNSECURED           871.27             .00              121.43
ROMEOVILLE DENTAL CTR    UNSECURED         NOT FILED            .00                 .00
SAMS                     UNSECURED         NOT FILED            .00                 .00
RESURGENT CAPITAL SERVIC UNSECURED          5725.34             .00              797.94
WALMART                  UNSECURED         NOT FILED            .00                 .00
WELLS FARCO HOME MTCE    MORTCACE ARRE     1159.09              .00             1159.09
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                              PAID             PAID
-----------------------------------------------------------------------------
RESURGENT CAPITAL SERVIC UNSECURED            49.00             .00                6.83
FIFTH THIRD BANK         UNSECURED          4848.55             .00              675.74
         Summary of disbursements:
-----------------------------------------------------------------------------
                      SECURED      PRIORITY      UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED   17159.09          .00       45742.88          .00        62901.97
```

```
PRINCIPAL PAID           17159.09            .00        6375.14            .00       23534.23
INTEREST PAID             1830.96            .00            .00            .00        1830.96
TOTAL PAID               18990.05            .00        6375.14            .00       25365.19
```

The Debtor's attorney, PATRICK A MESZAROS             , was allowed $   2700.00 and was paid $    500.00  direct and $   2200.00  through the plan.

The Trustee received $   1234.81 .

Refunds to the Debtor totaled $      .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 04/11/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE










                                 PAGE   2
      CASE NO. 04 B 29150 JOSE M NAVA SR